UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-40-BO-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALEC REDNER, | ) | |
| Defendant | ) | |

Before the Court is Defendant's motion to motion to seal, requesting that Defendant's contemporaneously filed sentencing memorandum and motion for variance be filed under seal. Having considered the premises advanced in the Defendant's motion, the motion is ALLOWED and the clerk is directed to file Defendant's contemporaneously filed sentencing memorandum and motion for variance under seal.

SO ORDERED. This 9 October 2014.

TERRENCE W. BOYLE
U.S. District Judge